NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DUSTI KELLY-FLEMING, JOHN FLEMING,** AND **TECLARC, INC.,**
*Plaintiffs-Appellants,*

**v.**

**THE CITY OF SELMA, TEXAS,**
*Defendant-Appellee.*

---

2014-1231

---

Appeal from the United States District Court for the Western District of Texas in No. 5:10-cv-00675-XR, Judge Xavier Rodriguez.

---

PER CURIAM.

### O R D E R

The court considers whether this appeal should be transferred to the United States Court of Appeals for the Fifth Circuit.

This is an appeal of an action asserting violation of the plaintiffs' rights under Title II of the Americans with Disabilities Act, 42 U.S.C. § 12131 et seq.

This court is a court of limited jurisdiction, which does not appear to include jurisdiction in this matter.

2                    KELLY-FLEMING v. THE CITY OF SELMA, TEXAS

28 U.S.C. § 1295.   Rather, it appears the proper forum would be the United States Court of Appeals for the Fifth Circuit.

Accordingly,

IT IS ORDERED THAT:

(1)  The parties are directed to respond within 21 days of the date of filing of this order, as to why this appeal should not be transferred to the United States Court of Appeals for the Fifth Circuit.

(2)  The briefing schedule is stayed.

FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25